CLARK HILL PLLC
MICHAEL V. CRISTALLI
Nevada Bar No.: 6266
Email:  mcristalli@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel:  (702) 862-8300
Fax: (702) 862-8400
*Attorney for Defendant, Robert Earl Bailey, II*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT EARL BAILEY II,<br><br>Defendant. | CASE NO.: 2:21-cr-00243-APG-NJK |

**STIPULATION AND ORDER TO CONTINUE SENTENCING (SECOND REQUEST)**

**IT IS HEREBY STIPULATED** by and between Defendant, Robert Bailey, II, by and through his counsel, Michael V. Cristalli, Esq., of the law firm of Clark Hill PLLC and the Plaintiff, United States of America, by and through Christopher Burton, Assistant United States Attorney, that the sentencing hearing currently scheduled for June 22, 2022, at 9:30 a.m. be vacated and set to a date in the first week of July, 2022.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Bailey has a prior engagement that will place counsel out of the jurisdiction at the time of sentencing. Counsel attempted to reschedule the business engagement but was unsuccessful.

2. Mr. Bailey has appeared in this case, and is not in custody and, along with the government, agrees to this continuance.

3. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

4. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

5. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing hearing.

6. This is the second request for a continuance of the sentencing hearing.

| UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
|---|---|
| DATED this 25th day of May, 2022. | DATED this 25th day of May, 2022. |
| /s/ Christopher Burton<br>Christopher Burton<br>Assistant United States Attorney<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Michael V. Cristalli<br>MICHAEL V. CRISTALLI<br>Attorney for Defendant,<br>Robert Bailey, II |

CLARKHILL\J2357\393725\266346939.v1-3/15/22

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT BAILEY, II,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-cr-00129-JCM-DJA |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

### CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Counsel for Mr. Bailey had a prior engagement that will place counsel out of the jurisdiction at the time of sentencing. Counsel attempted to reschedule the business engagement but was unsuccessful.

2. Mr. Bailey has appeared in this case, and is not in custody and, along with the government, agrees to this continuance.

3. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

4. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

…

…

…

…

…

CLARKHILL\J2357\393725\266346939.v1-3/15/22

1  5. For all the above-stated reasons, the ends of justice would be best served by the continuance
2  of the sentencing hearing.
3  6. This is the first request for a continuance of the sentencing hearing.

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for June 22, 2022, at the hour of 9:30 a.m. is hereby vacated and continued to the __7th__ day of ____July____, 2022, at the hour of ____10:30____ __a__.m., in Courtroom 6C.

**DATED** this __27th__ day of __May__, 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:21-cr-00243-APG-NJK-1**

CLARKHILL\J2357\393725\266346939.v1-3/15/22